WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
NANCY D. COOK TEXAS STATE BAR NO. 04741500
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE, SUITE 210
COEUR D'ALENE, IDAHO 83815
TELEPHONE: (208) 667-6568
FACSIMILE: (208) 667-0814

U.S. COURTS

AUG 08 2011

Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT C...

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. |
| Plaintiff, | **INFORMATION** |
| vs. | 16 U.S.C. §§ 1538, 1540, and |
| JEREMY M. HILL, | 50 C.F.R. § 17.40 |
| Defendant. | |

The United States Attorney charges:

## COUNT ONE

**16 U.S.C. § 1538 (a)(1)(B)**
**16 U.S.C. § 1540**
**50 C.F.R. § 17.40**

On or about May 8, 2011, in the District of Idaho, JEREMY M. HILL, the defendant, did knowingly and unlawfully take a Grizzly Bear (ursus arctos horribilis) by shooting it with an Inner Arms .270 bolt action rifle. Grizzly Bears are listed as a threatened species in accordance with the provisions set forth in 16 U.S.C. § 1533 in the federal register by the Department of Interior, in violation of Title 16, United States Code, Sections 1538 (a)(1)(B) and 1540(b)(1) and Title 50, Code of Federal Regulations, Section 17.40.

**Information - 1**

## CRIMINAL FORFEITURE ALLEGATION

### 16 U.S.C. § 1540(e)(4)(B)

As a result of the violation of Title 16 United States Code, Section 1538, and made applicable by 28 United States Code, Section 2461, as charged in this Information, defendant JEREMY M. HILL, shall forfeit to the United States the Inner Arms .270 bolt action rifle firearm, serial number B286705, involved in the commission of the offense. All pursuant to Title 16, United States Code, Section 1540(e)(4)(B) and Title 28, United States Code, Section 2461.

Dated August 8th, 2011.

WENDY J. OLSON
UNITED STATES ATTORNEY
By:

NANCY D. COOK
Assistant United States Attorney

Information - 2