WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
NANCY D. COOK, TEXAS STATE BAR NO. 04741500
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE, SUITE 210
COEUR D'ALENE, ID 83815
TELEPHONE: (208) 667-6568
FAX: (208) 667-0814

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 11-183-N-EJL |
| Plaintiff, | UNITED STATES' DISCOVERY RESPONSE AND DEMAND FOR RECIPROCAL DISCOVERY |
| vs. | |
| JEREMY M. HILL, | |
| Defendant. | |

The United States of America, by and through Wendy J. Olson, United States Attorney for the District of Idaho, and the undersigned Assistant United States Attorney, provides the following discovery to the Defendant:

  1. CD-R labeled, "United States vs. Jeremy M. Hill
     Discovery - Defense Counsel's Copy
     Reports, Photos & Audio
     HILL-000001- HILL-000060

The United States objects to any request for discovery by the Defendant which exceeds the requirements of Fed. R. Crim. P. 16 and 18 U.S.C. § 3500.

Pursuant to Fed. R. Crim. P. 16(b), the United States demands reciprocal discovery.

UNITED STATES' DISCOVERY
RESPONSE AND DEMAND
FOR RECIPROCAL DISCOVERY - 1

The United States will continue to provide discovery materials as they become available.

DATED this 24th day of August, 2011.

                    WENDY J. OLSON
                    UNITED STATES ATTORNEY
                    By:


                    /s/
                    NANCY D. COOK
                    Assistant United States Attorney
                    U.S. Attorney's Office

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing was electronically filed on August 24, 2011, with the Clerk of Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

    Marc A. Lyons

/s/
Peggy Johnson
Legal Assistant

UNITED STATES' DISCOVERY
RESPONSE AND DEMAND
FOR RECIPROCAL DISCOVERY - 3