RAMSDEN & LYONS, LLP
700 Northwest Blvd.
P.O. Box 1336
Coeur d'Alene, ID 83816-1336
Telephone:    (208)   664-5818
Facsimile:    (208)   664-5884
Marc A. Lyons, ISB #3145

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>vs.<br><br>JEREMY M. HILL,<br><br>            Defendant. | Criminal No. 11-183-N-EJL<br><br>AFFIDAVIT OF COUNSEL IN SUPPORT OF DEFENDANT'S MOTION FOR CONTINUANCE |

Marc A. Lyons, being first duly sworn upon oath hereby declare:

1.     I am the attorney of record for defendant, Jeremy M. Hill; I have personal knowledge of the matters attested to herein; I am over the age of 18 and competent to testify herein.

2.     Mr. Hill was arraigned on August 23, 2011. The trial was scheduled for October 4, 2011.

3.     A continuance of the trial is requested because additional time is needed to review discovery, conduct an investigation of the facts and matters surrounding the incident and the

charges. Additionally, it may be necessary to seek and retain the assistance of experts in order to be adequately prepared to defend this matter at trial.

4. I have inquired of the Assistant United States Attorney, but have not yet heard as to whether that party will contest this Motion to Continue the trial.

5. I believe a continuance to at least October 31, 2011, is necessary. If speedy trial rules become a constraint to the Court's scheduling, my client is prepared to sign a waiver of speedy trial.

DATED this 2nd day of September, 2011.

RAMSDEN & LYONS, LLP
By:

_____/s/_____
MARC A. LYONS
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following: Nancy Cook, Assistant United States Attorney.

RAMSDEN & LYONS, LLP
By:

_____/s/_____
MARC A. LYONS
Attorney for Defendant