RAMSDEN & LYONS, LLP
700 Northwest Blvd.
P.O. Box 1336
Coeur d'Alene, ID 83816-1336
Telephone:   (208)  664-5818
Facsimile:    (208)  664-5884
Marc A. Lyons, ISB #3145

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>JEREMY M. HILL,<br><br>             Defendant. | Criminal No. 11-183-N-EJL<br><br>AFFIDAVIT OF COUNSEL IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND DISCOVERY DEADLINE |
|---|---|

Marc A. Lyons, being first duly sworn upon oath hereby declare:

1.   I am the attorney of record for defendant, Jeremy M. Hill; I have personal knowledge of the matters attested to herein; I am over the age of 18 and competent to testify herein.

2.   Mr. Hill was arraigned on August 23, 2011.  The trial was scheduled for October 4, 2011, and a Motion to Continue said trial date was filed on September 2, 2011.

3.   An extension of the discovery deadline is requested because additional time is needed to conduct an investigation of the facts and matters surrounding the incident and the charges and to provide and request discovery relevant to the issues.

4. The Assistant United States Attorney objects to neither the Defendant's Motion to Continue nor the Motion to Extend the Discovery Deadline.

5. The Defense requests an extension of thirty (30) days to the discovery deadline.

DATED this 6th day of September, 2011.

                                                   RAMSDEN & LYONS, LLP
                                                   By:

                                                   _____/s/_____
                                                 MARC A. LYONS
                                                 Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following: Nancy Cook, Assistant United States Attorney.

                                                 RAMSDEN & LYONS, LLP
                                                 By:

                                                 _____/s/_____
                                                 MARC A. LYONS
                                                 Attorney for Defendant