WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
NANCY D. COOK, TEXAS STATE BAR NO. 04741500
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE, SUITE 210
COEUR D'ALENE, IDAHO  83815
TELEPHONE (208) 667-6568
FACSIMILE:  (208) 667-0814

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  11-CR-00183-N-EJL |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS WITH PREJUDICE |
| vs. | |
| JEREMY M. HILL, | |
| Defendant. | |

The United States of America, by and through Wendy J. Olson, United States Attorney for the District of Idaho, and the undersigned Assistant United States Attorney, requests that the above-referenced matter be dismissed with prejudice.

This motion is made for the reason that the Defendant, **JEREMY M. HILL**, and the United States have resolved the matter with the issuance of a CVB citation, which the Defendant has paid.

Government's Motion to
Dismiss With Prejudice - 1

Respectfully submitted this 7th day of September, 2011.

    WENDY J. OLSON
    UNITED STATES ATTORNEY
    By:

    /s/
    NANCY D. COOK
    Assistant United States Attorney

Government's Motion to
Dismiss With Prejudice - 2

CERTIFICATE OF SERVICE

    I CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing Government's Motion to Dismiss With Prejudice was electronically filed with the Clerk of Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

    Marc A. Lyons

                                               /s/ Peggy Johnson  
                                               Legal Assistant