IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JEREMY M. HILL,<br><br>　　　　Defendant. | Case No.  11-CR-00183-N-EJL<br><br>ORDER GRANTING<br>GOVERNMENT'S MOTION TO<br>DISMISS WITH PREJUDICE |

The Court having before it the Government's Motion to Dismiss With Prejudice (Dkt.13), and good cause appearing,

IT IS ORDERED that the Motion (Dkt. 13) is **GRANTED** and the above-entitled matter is **DISMISSED IN ITS ENTIRETY WITH PREJUDICE**.

DATED:  **September 8, 2011**

_____
~~Honor~~able Edward J. Lodge
U. S. District Judge